**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § Plaintiff, § § v. § § § § LG ELECTRONICS, INC., § LG ELECTRONICS U.S.A., INC., § AT&T INC., § AT&T MOBILITY LLC, § VERIZON COMMUNICATIONS, INC., § CELLCO PARTNERSHIP INC. D/B/A § VERIZON WIRELESS, § SPRINT NEXTEL CORPORATION, § SPRINT SOLUTIONS, INC., § SPRINT SPECTRUM L.P., § BOOST MOBILE, LLC, § T-MOBILE USA, INC., and § T-MOBILE US, INC., § § Defendants. § § | CIVIL ACTION NO. 6:13-cv-508  **JURY TRIAL DEMANDED** |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Plaintiff files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states the following:

The parent company of Cellular Communications Equipment LLC is Acacia Research Group LLC. The parent company of Acacia Research Group LLC is Acacia Research Corporation.

**Dated: June 26, 2013**               Respectfully submitted,

                                       Edward R. Nelson, III by permission T. John Ward, Jr.
                                       Edward R. Nelson, III
                                       enelson@nbclaw.net

Texas State Bar No. 00797142
Brent N. Bumgardner
bbumgarnder@nbclaw.net
Texas State Bar No. 00795272
Barry J. Bumgardner
barry@nbclaw.net
Texas State Bar No. 00793424
S. Brannon Latimer
blatimer@nbclaw.net
Texas State Bar No. 24060137
Thomas C. Cecil
tcecil@nbclaw.net
Texas State Bar No. 24069489
Michael J. Fagan, Jr.
mfagan@nbclaw.net
Louisiana State Bar No. 33821
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone: (817) 377-9111
Fax: (817) 377-3485

T. John Ward, Jr.
Texas State Bar No. 00794818
J. Wesley Hill
Texas State Bar No. 24032294
Claire Abernathy Henry
Texas State Bar No. 24053063
WARD & SMITH LAW FIRM
P.O. Box 1231
1127 Judson Rd. Ste. 220
Longview, Texas 75606-1231
(903) 757-6400
(903) 757-2323 (fax)
jw@jwfirm.com
wh@wsfirm.com
ch@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
CELLULAR COMMUNICATIONS
EQUIPMENT LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 26th day of June, 2013.



/s/ T. John Ward, Jr.