# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § § § § | Civil Action No. 6:13-cv-508-LED |
| v. | § § § | Jury Trial Demanded |
| LG ELECTRONICS, INC. et al., | § | |

## NOTICE OF APPEARANCE FOR VERIZON DEFENDANTS

Defendants Verizon Communications, Inc. and Cellco Partnership Inc. d/b/a Verizon Wireless file this Notice of Appearance of Counsel and hereby notify the Court that Michael E. Jones of the law firm Potter Minton, PC, 110 N. College, Suite 500, Tyler, Texas 75702 is appearing as counsel for Defendants Verizon Communications, Inc. and Cellco Partnership Inc. d/b/a Verizon Wireless.  All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated:  July 29, 2013     Respectfully submitted,

By:  */s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597-8311
Fax: (903) 593-0846

{A07/07732/0007/W1065061.1 }

**ATTORNEYS FOR DEFENDANTS
VERIZON COMMUNICATIONS, INC.
AND CELLCO PARTNERSHIP INC.
D/B/A VERIZON WIRELESS**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 29, 2013.

*/s/ Michael E. Jones*
Michael E. Jones