# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** | § § § | |
| **Plaintiff,** | § § § | |
| v. | § § | **CIVIL ACTION NO. 6:13-cv-508-LED** |
| **LG ELECTRONICS, INC.,** | § | **Jury Trial Demanded** |
| **LG ELECTRONICS U.S.A., INC.,** | § | |
| **AT&T INC.,** | § | **Patent Case** |
| **AT&T MOBILITY LLC,** | § | |
| **VERIZON COMMUNICATIONS, INC.,** | § | **Judge Leonard E. Davis** |
| **CELLCO PARTNERSHIP INC. D/B/A** | § | |
| **VERIZON WIRELESS,** | § | |
| **SPRINT NEXTEL CORPORATION,** | § | |
| **SPRINT SOLUTIONS, INC.,** | § | |
| **SPRINT SPECTRUM L.P.,** | § | |
| **BOOST MOBILE, LLC,** | § | |
| **T-MOBILE USA, INC., and** | § | |
| **T-MOBILE US, INC.,** | § § | |
| **Defendants.** | § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS AT&T INC. AND AT&T MOBILITY LLC

Notice is hereby given that the undersigned attorney, Christopher W. Kennerly, enters his appearance in this matter as lead counsel of record for AT&T Inc. and AT&T Mobility LLC, and consents to electronic service of all papers in this action.

> Christopher W. Kennerly
> PAUL HASTINGS LLP
> 1117 S. California Avenue
> Palo Alto, California 94304-1106
> Telephone: (650) 320-1808
> Facsimile: (650) 320-1908
> chriskennerly@paulhastings.com

Dated: September 12, 2013						Respectfully submitted,

/s/ Christopher W. Kennerly
Christopher W. Kennerly
CA Bar No. 255932
Paul Hastings LLP
1117 S. California Ave.
Palo Alto, CA  94304-1106
Telephone: (650) 320-1808
Facsimile: (650) 320-1908
chriskennerly@paulhastings.com

COUNSEL FOR DEFENDANTS
AT&T INC. AND AT&T MOBILITY LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on this 12th day of September, 2013. As of this date all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

    /s/ Christopher W. Kennerly
    Christopher W. Kennerly