# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:13-cv-508-LED |
| LG ELECTRONICS, INC., | § | Jury Trial Demanded |
| LG ELECTRONICS U.S.A., INC., | § | |
| AT&T INC., | § | Patent Case |
| AT&T MOBILITY LLC, | § | |
| VERIZON COMMUNICATIONS, INC., | § | Judge Leonard E. Davis |
| CELLCO PARTNERSHIP INC. D/B/A | § | |
| VERIZON WIRELESS, | § | |
| SPRINT NEXTEL CORPORATION, | § | |
| SPRINT SOLUTIONS, INC., | § | |
| SPRINT SPECTRUM L.P., | § | |
| BOOST MOBILE, LLC, | § | |
| T-MOBILE USA, INC., and | § | |
| T-MOBILE US, INC., | § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS AT&T INC. AND AT&T MOBILITY LLC

Notice is hereby given that the undersigned attorney, S. Christian Platt, enters his appearance in this matter as additional counsel of record for AT&T Inc. and AT&T Mobility LLC, and consents to electronic service of all papers in this action.

> S. Christian Platt
> PAUL HASTINGS LLP
> 4747 Executive Drive
> Twelfth Floor
> San Diego, California 92121-3114
> Telephone: (858) 458-3034
> Facsimile: (858) 458-3134
> christianplatt@paulhastings.com

Dated: September 12, 2013        Respectfully submitted,

/s/ S. Christian Platt
S. Christian Platt
CA Bar No. 199318
Paul Hastings LLP
4747 Executive Drive
Twelfth Floor
San Diego, CA 92121-3114
Telephone: (858) 458-3034
Facsimile: (858) 458-3134
christianplatt@paulhastings.com

COUNSEL FOR DEFENDANTS
AT&T INC. AND AT&T MOBILITY LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on this 12th day of September, 2013. As of this date all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

/s/ S. Christian Platt
S. Christian Platt