# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

|  |  |  |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § § § § | Civil Action No. 6:13-cv-508-LED |
| v. | § § | **Jury Trial Demanded** |
| LG ELECTRONICS, INC. et al., | § § § |  |

## NOTICE OF APPEARANCE

Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. file this Notice of Appearance of Counsel and hereby notify the Court that Hyunho Park of the law firm Steptoe & Johnson LLP, 1330 Connecticut Avenue, NW, Washington, DC 20036 is appearing as counsel for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.  All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced below.

Dated:  October 8, 2013                                    Respectfully submitted,

By: */s/ Hyunho Park*
Hyunho Park
DC Bar No. 1001724
hpark@steptoe.com
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
202 429 8103
202 429 3902 (Facsimile)

**ATTORNEY FOR DEFENDANTS
LG ELECTRONICS, INC. AND
LG ELECTRONICS U.S.A., INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 8, 2013.

*/s/ Hyunho Park*