# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § § § § § § § § § | Civil Action No. 6:13-cv-508-LED |
| v. | | Jury Trial Demanded |
| LG ELECTRONICS, INC. et al., | | |

## NOTICE OF APPEARANCE

Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. file this Notice of Appearance of Counsel and hereby notify the Court that Allen F. Gardner of the law firm Potter Minton, PC, 110 N. College, Suite 500, Tyler, Texas 75702 is appearing as counsel for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.  All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated:  October 10, 2013

Respectfully submitted,

By: */s/ Allen F. Gardner*
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas  75702
903 597 8311
903 593 0846 (Facsimile)

**ATTORNEY FOR DEFENDANT LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 10, 2013.

*/s/ Allen F. Gardner*

{LNW/09413/0001/W1090470.1 }