**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS § <br> EQUIPMENT LLC, § <br>     Plaintiff § <br> § <br> v. § <br> § <br> LG ELECTRONICS, INC., et al § <br>     Defendants § | **Case No. 6:13-cv-508** <br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants, Sprint Nextel Corporation, Sprint Solutions, Inc., Sprint Spectrum L.P., and Boost Mobile, LLC, and file this Notice of Appearance of Counsel, and would state as follows:

I.

Robert W. Weber of the law firm of Smith Weber, L.L.P. informs the Court of his appearance as counsel of record for Defendants, Sprint Nextel Corporation, Sprint Solutions, Inc., Sprint Spectrum L.P., and Boost Mobile, LLC, in this matter.

Respectfully submitted,

By:   /s/ *Robert W. Weber*
       Robert W. Weber
       Texas State Bar No. 21044800
       E-mail: bweber@smithweber.com

**SMITH WEBER, L.L.P.**
5505 Plaza Drive -- P.O. Box 6167
Texarkana, TX  75505-6167
TEL:  903-223-5656  FAX:  903-223-5652

                                            **ATTORNEYS FOR DEFENDANTS,
SPRINT NEXTEL CORPORATION,
SPRINT SOLUTIONS, INC.,
SPRINT SPECTRUM L.P., AND
BOOST MOBILE, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record on this the 11th day of October, 2013, via CM/ECF:

                                            */s/ Robert W. Weber*
                                            Robert W. Weber