IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 6:13-cv-508 |
| LG ELECTRONICS, INC., et al., | ) ) | Jury Trial Demanded |
| Defendants | ) ) | |

## NOTICE OF APPEARANCE FOR DEFENDANT VERIZON

Defendant Cellco Partnership d/b/a Verizon Wireless[1] files this Notice of Appearance of Counsel and hereby notifies the Court that Thomas M. Dunham, of the law firm Winston & Strawn LLP, 1700 K Street, N.W., Washington, D.C. 20006 is appearing as counsel for Defendant Cellco Partnership d/b/a Verizon Wireless. All pleadings, discovery, correspondence, and other material should be served upon counsel at the address referenced above.

Dated:  October 30, 2013

Respectfully submitted,

By: /s/ Thomas M. Dunham
Thomas M. Dunham
D.C. Bar No. 448407
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006
T: (202) 282-5000
F: (202) 282-5100
tdunham@winston.com

*Attorney for Defendant Cellco Partnership d/b/a Verizon Wireless*

---

[1] Cellular Communications Equipment LLC's Original Complaint misidentifies Cellco Partnership d/b/a Verizon Wireless as Cellco Partnership Inc. d/b/a Verizon Wireless.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 30, 2013.

/s/ Thomas M. Dunham
Thomas M. Dunham