# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, ) ) ) Plaintiff, ) ) v. ) ) LG ELECTRONICS, INC., et al., ) ) Defendants ) ) | Civil Action No. 6:13-cv-508  Jury Trial Demanded |

## NOTICE OF APPEARANCE FOR DEFENDANT VERIZON

Defendant Cellco Partnership d/b/a Verizon Wireless[1] files this Notice of Appearance of Counsel and hereby notifies the Court that Charles B. Molster, III, of the law firm Winston & Strawn LLP, 1700 K Street, N.W., Washington, D.C. 20006 is appearing as counsel for Defendant Cellco Partnership d/b/a Verizon Wireless. All pleadings, discovery, correspondence, and other material should be served upon counsel at the address referenced above.

Dated: November 5, 2013

Respectfully submitted,

By: /s/ Charles B. Molster, III
Charles B. Molster, III
VA Bar No. 23613
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006
T: (202) 282-5000
F: (202) 282-5100
cmolster@winston.com

*Attorney for Defendant Cellco Partnership d/b/a Verizon Wireless*

---

[1] Cellular Communications Equipment LLC's Original Complaint misidentifies Cellco Partnership d/b/a Verizon Wireless as Cellco Partnership Inc. d/b/a Verizon Wireless.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 5, 2013.

/s/ Charles B. Molster, III
Charles B. Molster, III