# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS, EQUIPMENT LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 6:13-cv-508 |
| LG ELECTRONICS, INC., ET AL., | ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT SPRINT NEXTEL CORPORATION (N/K/A SPRINT COMMUNICATIONS, INC.)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and their letter agreement of December 9, 2013, Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendant Sprint Nextel Corporation (now known as Sprint Communications, Inc.) ("Sprint Communications") stipulate to the dismissal of, and hereby move for an order dismissing, all claims asserted in this action by CCE against Sprint Communications, WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees. CCE and Sprint Communications request that the Court enter the attached order, accordingly.

CCE has not released, and nothing in this Stipulation should be construed as a release or discharge of, any claim that CCE has, or may have in the future, against any other party named in this action. All such rights have been, and are, expressly reserved.

**Dated: December 19, 2013**

Respectfully submitted,

| | |
|---|---|
| */s/ Edward R. Nelson, III*<br>Edward R. Nelson, III<br>enelson@nbclaw.net<br>Texas State Bar No. 00797142<br>Brent N. Bumgardner<br>bbumgarnder@nbclaw.net<br>Texas State Bar No. 00795272<br>Barry J. Bumgardner<br>barry@nbclaw.net<br>Texas State Bar No. 00793424<br>S. Brannon Latimer<br>blatimer@nbclaw.net<br>Texas State Bar No. 24060137<br>Thomas C. Cecil<br>tcecil@nbclaw.net<br>Texas State Bar No. 24069489<br>NELSON BUMGARDNER CASTO, P.C.<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Phone: (817) 377-9111<br>Fax: (817) 377-3485<br><br>T. John Ward, Jr.<br>Texas State Bar No. 00794818<br>J. Wesley Hill<br>Texas State Bar No. 24032294<br>Claire Abernathy Henry<br>Texas State Bar No. 24053063<br>WARD & SMITH LAW FIRM<br>P.O. Box 1231<br>1127 Judson Rd. Ste. 220<br>Longview, Texas 75606-1231<br>(903) 757-6400<br>(903) 757-2323 (fax)<br>jw@jwfirm.com<br>wh@wsfirm.com<br>ch@wsfirm.com<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**CELLULAR COMMUNICATIONS**<br>**EQUIPMENT LLC** | */s/Robert W. Weber*<br>Robert W. Weber<br>Texas State Bar No. 21044800<br>SMITH WEBER, L.L.P.<br>5505 Plaza Drive<br>P.O. Box 6167<br>Texarkana, TX 75505-6167<br>Tele: (903) 223-5656<br>Fax: (903) 223-5652<br>Email: bweber@smithweber.com<br><br>and<br><br>Mark W. McGrory    *(pro hac vice)*<br>ROUSE HENDRICKS GERMAN MAY PC<br>1201 Walnut, 20th Floor<br>Kansas City, MO 64106<br>Tel: (816) 471-7700<br>Fax: (816) 471-2221<br>Email: MarkM@rhgm.com<br><br>**ATTORNEYS FOR DEFENDANTS**<br>**SPRINT NEXTEL CORPORATION,**<br>**SPRINT SOLUTIONS, INC.**<br>**SPRINT SPECTRUM L.P., AND**<br>**BOOST MOBILE, LLC** |

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), I certify that the parties have met and conferred and that this stipulated dismissal without prejudice agreed between them.

/s/ Edward R. Nelson, III
Edward R. Nelson, III

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of December, 2013, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the Court's electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Edward R. Nelson, III
Edward R. Nelson, III