# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** § § § | |
| **Plaintiff,** § § | **Civil Action No. 6:13-cv-508-LED** |
| v. § § | **JURY TRIAL DEMANDED** |
| **LG ELECTRONICS, INC. et al.,** § § | |
| **Defendants.** § § § | |

## NOTICE OF APPEARANCE

Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. file this Notice of Appearance of Counsel and hereby notify the Court that Robert G. Pluta of the law firm Steptoe & Johnson LLP, 115 S. LaSalle Street, Suite 3100, Chicago, Illinois 60603 is appearing as counsel for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced below.

Dated: January 23, 2014

Respectfully submitted,

  */s/ Robert G. Pluta*  
Robert G. Pluta  
IL Bar #6278255  
**STEPTOE & JOHNSON LLP**  
115 S. LaSalle Street  
Suite 3100  
Chicago, IL 60603  
Telephone: (312) 577-1227  
rpluta@steptoe.com

**ATTORNEY FOR DEFENDANTS LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 23rd day of January, 2014.  Any other counsel of record will be served by facsimile transmission and first class mail.

                                                              /s/ *Robert G. Pluta*