# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS, INC., <br> LG ELECTRONICS U.S.A., INC., <br> AT&T MOBILITY LLC, <br> CELLCO PARTNERSHIP INC. D/B/A VERIZON WIRELESS, <br> SPRINT SOLUTIONS, INC., <br> SPRINT SPECTRUM L.P., <br> BOOST MOBILE, LLC, <br> T-MOBILE USA, INC., and <br> T-MOBILE US, INC., <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § | Civil Action No. 6:13-cv-508 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney hereby enters her appearance in this matter as counsel of record for Defendant Cellco Partnership d/b/a Verizon Wireless, and consents to electronic service of all papers in this action. Ms. Kalemeris's email address, for purposes of receipt of Notice of Electronic filing, is as follows:

Sarah J. Kalemeris              skalemeris@winston.com

Dated:   November 13, 2015							Respectfully submitted,

/s/ Michael E. Jones  
Michael E. Jones  
State Bar No. 10929400  
mikejones@potterminton.com  
Patrick C. Clutter, IV  
State Bar No. 24036374  
patrickclutter@potterminton.com  
Potter Minton, P.C.  
110 N. College Ave., Suite 500  
Tyler, Texas 75702  
Tel: (903) 597-8311  
Fax: (903) 593-0846  

Charles B. Molster, III  
Virginia State Bar No. 23613  
Thomas M. Dunham  
D.C. Bar No. 448407  
Corrine M. Saylor  
D.C. Bar No. 997638 (*Pro Hac Vice*)  
cmolster@winston.com  
tdunham@winston.com  
csaylor@winston.com  
WINSTON & STRAWN LLP  
1700 K Street, N.W.  
Washington, D.C. 20006-3817  
Tel: (202) 282-5000  
Fax: (202) 282-5100  

Sarah J. Kalemeris  
Illinois State Bar No. 6303644  
skalemeris@winston.com  
WINSTON & STRAWN LLP  
35 W. Wacker Drive  
Chicago, IL 60601  
Tel: (312) 558-5600  
Fax: (312) 558-5700  

**ATTORNEYS FOR DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 13, 2015.

*/s/ Sarah J. Kalemeris*
Sarah J. Kalemeris (admitted E.D. Texas)