**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** <br> Plaintiff, <br><br> v. <br><br> **LG ELECTRONICS, INC., et al.,** <br> Defendants. | **Civil Action No. 6:14-cv-982-KNM** <br><br> **CONSOLIDATED LEAD CASE** <br><br> **JURY TRIAL DEMANDED** |
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** <br> Plaintiff, <br><br> v. <br><br> **LG ELECTRONICS, INC., et al.,** <br> Defendants. | **Civil Action No. 6:13-cv-508-KNM** |

**ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation of Dismissal pertaining to Civil Action Nos. 6:14-cv-982 and 6:13-cv-508.  Having considered the Stipulated Dismissal, and finding that good cause exists for granting of the same, the Court is of the opinion that the Joint Stipulation of Dismissal should be, in all respects, GRANTED.

IT IS THEREFORE ORDERED that Civil Action Nos. 6:14-cv-982 and 6:13-cv-508 are DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this**

**Aug 8, 2016**

_____

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE